# United States District Court
## District of Massachusetts

DONALD P. MULLER,  )
          Plaintiff  )  ORDER ON APPLICATION
            )  TO PROCEED WITHOUT
v.  )  PREPAYMENT OF FEES
            )
WESTFIELD POLICE DEPT., et al.,  )
          Defendant  )  Civil Action No.  04-30185-KPN

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒     GRANTED.

    ☒     The clerk is directed to file the complaint.

    ☒     IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐     DENIED, for the following reasons:

ENTERED on   September 16, 2004   .

                                                /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge