UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD

Donald P. Muller ]
    PLAINTIFF ]                DOCKET NO. _____
V.           ]
Westfield Police Department ]
    DEFENDANT ]

## MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes Donald Muller Plaintiff in the above mentioned action and prays that this Honorable Court appoint legal counsel for representation on the above docketed civil action.

Plaintiff states that he is indigent and therefore prays for the appointment of counsel under the Equal Protection Clause of the Sixth and Fourteenth Amendments to the United States Constitution.

Respectfully submitted,

Donald P. Muller

Date:

Donald P. Muller   pro se
769 Worthington Street #205
SPRINGFIELD MASS. 01105