

115 W. Silver Street
P.O. Box 1634
Westfield, MA
01086-1634

**NOBLE HOSPITAL**

PATIENT:      MULLER, DONALD P
MED. REC. #:  084611
ACCOUNT #:    30315549
DATE:         11/27/92

**EMERGENCY ROOM REPORT**                    **EXHIBIT I**

**✱ HISTORY:** A 31-year-old male brought by ambulance handcuffed and four point restraints on. Scoop stretcher. Stated to have been sprayed in the face with Mace by his wife. Stated that he cut his own self with a knife on the abdomen. Complaining of burning of his face. Apparently he has had no tetanus immunization for several years.

**EXAM:** His vital signs are stable and normal. There is mild erythema of his face. Lungs clear to auscultation. Heart regular rhythm, no murmurs. Chest negative. Abdomen is soft. No organomegaly or masses. No guarding or rebound. Bowel sounds active and normal throughout. There is a 4 cm. laceration in the left upper quadrant, into fat but not suspected to be into peritoneum by this examiner. There is also a very small laceration on the occipital scalp not requiring a suture. No other sign of injuries.

**TREATMENT:** Cold packs applied to face. Dressing applied to the abdomen. Patient given DT 0.5 cc. IM. Cross table portable lateral x-ray of abdomen shows no obvious free air in the abdomen. Shows the abdominal soft tissue laceration not extending to the peritoneum. Reading is by this examiner. The patient is referred to Dr. Lagac, the surgeon on call, who came, evaluated the patient, left small laceration of scalp open, closed the abdominal wound. Dressing was applied. The patient is then discharged in police custody under arrest. If over the next few days while he is in police custody he requests or states any suicidal ideation he will be seen by Crisis. If necessary he will be returned to the Emergency Room for such evaluation.

**✱ DIAGNOSIS:** SELF-INFLICTED 4 CM. LACERATION OF THE LEFT ABDOMEN INTO FAT. SMALL LACERATION OF SCALP. FIRST DEGREE FACIAL BURN FROM MACE.

CODE 3 (X-RAY)

JAMES D ANDERSON, MD

JA/HM
DD:  11/27/92
DT:  12/04/92
cc:  4

**CONFIDENTIAL**

NOT TO BE REPRODUCED WITHOUT WRITTEN CONSENT BY PATIENT OR EMPOWERED REPRESENTATIVE
(Rev. 6/92)

Page 1

16.

ARREST — CUSTODY REPORT

SPFD POLICE DEPARTMENT

**EXHIBIT NO.2**

Cell #3

☒ ARREST 70/BOOKING REPORT
☐ PROTECTIVE CUSTODY REPORT

**NAME (LAST, FIRST, MIDDLE):** Miller, Donald P

☐ ALIAS
☐ MAIDEN NAME

**RESIDENCE ADDRESS: NO. STREET:** 33 Bryan St Apt 11

| SEX | RACE | AGE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | W | 31 | 6'8" | 160 | Bro | Bro | Med |

**BUILD:** Med

**PECULIARITIES — SCARS, MARKS, TATTOOS, CLOTHING**

**DATE OF BIRTH:** 06/10/61   **PLACE OF BIRTH:** NYork

**OTHER DESCRIPTIVE INFORMATION**

**FATHER'S NAME:** John   **MOTHER'S MAIDEN NAME:** Carol (Charteau)

**OCCUPATION**   **EMPLOYER/SCHOOL**

☒ Married ☐ Separated
☐ Single ☐ Divorced   **SPOUSE'S NAME (MAIDEN):** Ann

I have been advised of my rights to remain silent, to use a phone, to call an attorney or have one provided & to have my own physician visit for alcohol... **Sign:**

**The above rights advised by:** **Sign:**

**PERSONAL VALUABLES**

Sneakers, Belt, Cross

**THE ABOVE LIST IS MY PROPERTY**   **Sign:**

**SEARCHED BY**   **Sign:**

**REPORTING OFFICER:** Ptl. J. Torres

**BAIL COMMISSIONER:** Fricchia

**JUV. BAIL**

BLK-BLACK   BLU-BLUE
XXX-BLONDE   BRO-BROWN

GRN-GREEN   BLU-BLUE
GRY-GRAY   BRO-BROWN

---

**TEL. NO.** 567-4966

**CITY, STATE:** WFld

**SOCIAL SECURITY #:** 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

**OPER. LIC. # & STATE**

**LOCATION OR ADDRESS**

**TEL NO. (If different)**

**PHONE USED** ☐ YES ☐ NO

**CASH:** 1.80 CH6

**I HAVE RECEIVED THE ABOVE PROPERTY**   **Sign:**

| COMPLAINANT | ASST TO OFF. | RELATION |
|---|---|---|

**DATE & TIME**

CON. GREEN:
RED-RED

---

**OFFENSES - REASON FOR CUSTODY**

1. Assault w/dang weapon
   violation 269A

2.

**LOCATION - WHERE TAKEN INTO CUSTODY**
11 Broad

**OTHER PERSONS ARRESTED WITH**

1.

2.

☐ WARRANT   ☐ NON VIEW   **WARRANT #**
☐ NO WARRANT   ☐ Result of Call

| VEH. COLOR | YEAR | MAKE | Body Style | REG. # |
|---|---|---|---|---|

**DESCRIBE CONDITION WHEN CONTACTED**

Total Bar Scuffle in Street w/words

☐ NCIC/LEAPS Check-Name
☐ NCIC/LEAPS Check   ☐ Local Wanted Check
VEHICLE ☐ Wanted ☐ Not Wanted

☐ DETOX NOTIFIED   ☐ TAKEN HOME
☐ TAKEN TO DETOX   ☐ TAKEN TO HOSP.

**FINGERPRINTS** ☐ YES ☐ NO   **BREATHALYZER READING:**
PHOTOS ☐ Yes ☐ No   ☐ ... %

**JUVENILE, MINOR or P.C. — Person Notified**

**ADDRESS**

**NOTIFIED BY**

**PROBATION OFFICER**

**REMARKS**

Q6-PDS
**BOOKING OFF. / SIGNATURE**
Sgt. Caputo

YEL-YELLOW   SM-SMALL
XXX-UNKNOWN   MED-MEDIUM

---

| NO. CODE | GEO. CODE |
|---|---|

☐ INCIDENT REPORT ATTACHED
☐ NO INCIDENT REPORT

**MGL CH. SEC.** 265-15B

**MGL CH. SEC.**

**DATE & TIME** 11/27/02  21:25

**ARREST #**
A

**ARREST #**
A   **WARRANT FROM**

**STATE**   **DISPOSITION**

**WANTED BY:**   **FOR**

**HOSPITAL TAKEN TO**

**BREATHALYZER BY:**

**RELATION**

**TELEPHONE**

**DATE & TIME**

**RELEASED TO**

**VISIBLE INJURY OR ILLNESS** ☒ YES ☐ NO

☐ REFUSED

**REPORTING OFFICER - SIGNATURE**

**FORM NO. APT (1)-ARO2 8/78**

☐ CONTINUED
☐ OVER
☐ SUPPLEMENT

SAT-SANDY
WHI-WHITE

17.

# POLICE OFFICER'S INCIDENT REPORT

_WESTFIELD_ Police Department

**EXHIBIT NO. 3**

**Date and Time of Report:** Mo. 11 Day 27 Yr. 92 Time

## INCIDENT

**Offense/Incident:** 209A — ARREST
**Incident Code:** 28

**OCCURRENCE**

**FROM:** Mo. 11 Day 27 Yr. 92 Time
**TO:** Mo. 11 Day 27 Yr. 92 Time
**REPORTED:** Mo. 11 Day 27 Yr. 92 Time

**Location of Offense / Address:** 53 BROAD ST
**Apt. No.:** 11
**GEO Code:** 01
**Premise:** LIVINGROOM
**Occu.** □ **SPF** □ **Detect** □

**How incident was reported:** MRS MULLER
**Means of attack/point of entry:** STOMACH
**Weapon/method of entry:** KNIFE / PIPE

**Report of Domestic Violence:** YES

## VICTIM

**Victim (Last Name, First, M.I.):** MULLER, ANN
**Sex:** F **Race:** W **Date of Birth:** 7-25-60 **Age:** 32 **Soc. Sec. No:** 025-54-607 **Occupation:** **Emp.**

**Victim, Home Address (House No., Street Name, City, State):** 53 BROAD ST APT-11 WESTFIELD
**Place of employment/school attended:**
**Home Phone:** 562-4916
**Business Phone:** 562-6058
**Victim/suspect relationship:** MOTHER
**Prior Victimization:** Mo. Yr

## OTHER WITNESS

WITNESS OTHER THAN VICTIM: I = INVOLVED PARTICIPANT    DC = DISCOVERED CRIME    RP = REPORTING PARTY    W = WITNESS

| Code | Last Name | First Name | M.I. | Sex | RACE NAT | DATE OF BIRTH Mo | Day | Year | Telephone | Address |
|------|-----------|------------|------|-----|----------|------|-----|------|-----------|---------|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## SUSPECT

**Suspect No. 1 (Last Name, First, M.I.):** MULLER DONALD
**Sex:** M **Race:** W **Date of Birth:** 6-10-61 **Age:** 31 **Height:** 5'8" **Weight:** **Skin:** **Hair:** **Eyes:** **Hand:**
**Scars, Marks, Tattoos — Clothing:**
**Suspect No. 1 May be located at:** 53 BROAD ST APT 11 WEST'D

**Suspect No. 2 (Last Name, First, M.I.):**
**Sex:** **Race:** **Date of Birth:** **Age:** **Height:** **Weight:** **Skin:** **Hair:** **Eyes:** **Hand:**
**Scars, Marks, Tattoos — Clothing:**
**Suspect No. 2 May be located at:**

## VEHICLE

**STATUS:** □ Stolen □ Suspect □ Victimized □ Recovered
**Year:** **Make/Model:** **Style:** **Color (Top/Bottom):** **Identifying Characteristics:**
**Registration No.:** **Vehicle Identification No. (VIN):**

## PROPERTY

| Type | Mfg. or Trade Name | Material | Size | I.D. or Serial No. | Value | Disposition |
|------|--------------------|----------|------|--------------------|-------|-------------|
| | | | | | Pres. Value $ | How Established |
| | | | | | Pres. Value $ | How Established |

## NARRATIVE

SEE ATTACHED REPORT

I hereby certify that the contents of this report are true and correct to the best of my knowledge and belief.

**Reporting Officer:** **Badge No.**
**Second Officer:** **Badge No.**

**CONTINUED:** □ No □ Supplement
**Assignment:** 52 **Car:** 4

**CASE STATUS:** □ Active □ Unfounded □ Inactive □ Cleared
**Supervising Officer:**

18.

| APPLICATION ☑ COMPLAINT | ☒ ADULT ☐ JUVENILE | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|

ARREST ☐  HEARING ☐  SUMMONS ☐  WARRANT ☐

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

| DATE OF APPLICATION 11/27/92 | DATE OF OFFENSE 11/27/92 | PLACE OF OFFENSE Westfield |
|---|---|---|

**EXHIBIT NO. 4**

Westfield District Court
25 Washington Street
Westfield, MA 01085

NAME OF COMPLAINANT
Off. Jose Torres

| NO. | OFFENSE | G.L. Ch. and Se |
|---|---|---|
| 1. | Assault with a Dangerous Weapon in Violation of 209A | 255 S15A |
| 2. | | |
| 3. | | |
| 4. | | |

ADDRESS AND ZIP CODE OF COMPLAINANT
Westfield Police Dept.
15 Washington St.,
Wfld.,Ma.

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
Donald Muller
33 Broad St. Apt.11
Westfield,Ma.

COURT USE ONLY ——→  A hearing upon this complaint application will be held at the above court address on

| DATE OF HEARING | TIME OF HEARING | COURT USE ONLY |
|---|---|---|
| | AT | ←——— |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Ann Muller | | | |
| 2 | 33 Broad St. Apt.11 Westfield,Ma. | | | |
| 3 | (wife of defendant) | | | |
| 4 | | | | |

OTHER REMARKS: Victim reported that her husband came home drunk and when he is drunk becomes aggressive and paranoid. She felt threatened by him and when she called the station he ripped the phone off the wall and smashed it to the floor. He grabbed a knife and pipe and refused to let Mrs. open the door when the police arrived. She stated she was afraid of what he was going to do with the knife. When the police forced our way in Mr. Muller stabbed himself with the knife he was holding.

x _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH 06/10/61 | PLACE OF BIRTH Holyoke,Ma. | SOCIAL SECURITY NUMBER 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 | SEX M | RACE W | HEIGHT 5'8" | WEIGHT 160 | EYES Bro. | HAIR Bro. |
|---|---|---|---|---|---|---|---|---|
| OCCUPATION Unemployed | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) Ceal Chartrum | | FATHER'S NAME John Muller | | | | |

DATE

## ▼ COURT USE ONLY ▼
DISPOSITION

NO PROCESS TO ISSUE
☐ At request of complainant
☐ Complainant failed to prosecute
☐ Insufficient evidence having been presented

PROCESS TO ISSUE
☐ Sufficient evidence presented
☐ Defendant failed to appear

TYPE OF PROCESS
☐ Warrant
☐ Summons returnable

AUTHORIZED BY

COMMENTS    ☐ Continued to

No. 28 of 35

# EXHIBIT 4A

§ 15A                    CRIMES AGAINST THE PERSON                    C. 265

## § 15A.    Assault and Battery with Dangerous Weapon.

(a) Whoever commits assault and battery upon a person sixty-five years or older by means of a dangerous weapon shall be punished by imprisonment in the state prison for not more than ten years or by a fine of not more than one thousand dollars or imprisonment in jail for not more than two and one-half years.

Whoever, after having been convicted of the crime of assault and battery upon a person sixty-five years or older, by means of a dangerous weapon, commits a second or subsequent such crime, shall be punished by imprisonment for not less than two years. Said sentence shall not be reduced until two years of said sentence have been served nor shall the person convicted be eligible for probation, parole, furlough, work release or receive any deduction from his sentence for good conduct until he shall have served two years of such sentence; provided, however, that the commissioner of correction may, on the recommendation of the warden, superintendent, or other person in charge of a correctional institution; or the administrator of a county correctional institution, grant to said offender a temporary release in the custody of an officer of such institution for the following purposes only: to attend the funeral of next of kin or spouse; to visit a critically ill close relative or spouse; or to obtain emergency medical services unavailable at said institution. The provisions of section eighty-seven of chapter two hundred and seventy-six relating to the power of the court to place certain offenders on probation shall not apply to any person seventeen years of age or over charged with a violation of this subsection.

(b) Whoever commits assault and battery upon another by means of a dangerous weapon shall be punished by imprisonment in the state prison for not more than ten years or by a fine of not more than one thousand dollars or imprisonment in jail for not more than two and one-half years.

181

C. 265          ANNOTATED LAWS OF MASSACHUSETTS          § 15A

History—
1927, 187, § 1; 1981, 678, § 1.

No. 29 of 35

# EXHIBIT 4B

### § 15B.   Assault by Means of a Dangerous Weapon.

(a) Whoever, by means of a dangerous weapon, commits an assault upon a person sixty-five years or older, shall be punished by imprisonment in the state prison for not more than five years or by a fine of not more than one thousand dollars or imprisonment in jail for not more than two and one-half years.

Whoever, after having been convicted of the crime of assault upon a person sixty-five years or older, by means of a dangerous weapon, commits a second or subsequent such crime, shall be punished by imprisonment for not less than two years. Said sentence shall not be reduced until one year of said sentence has been served nor shall the person convicted be eligible for probation, parole, furlough, work release or receive any deduction from his sentence for good conduct until he shall have served one year of such sentence; provided, however, that the commissioner of correction may, on the recommendation of the warden, superintendent, or other person in charge of a correctional institution, or the administrator of a county correctional institution, grant to said offender a temporary release in the custody of an officer of such institution for the following purposes only: to attend the funeral of next of kin or spouse; to visit a critically ill close relative or spouse; or to obtain emergency medical services unavailable at said institution. The provisions of section eighty-seven of chapter two hundred and seventy-six relative to the power of the court to place certain offenders on probation shall not apply to any person seventeen years of age or over charged with a violation of this subsection.

For the purposes of prosecution, a conviction obtained under subsection (a) of section fifteen A or paragraph (a) of section 18 shall count as a prior criminal conviction for the purpose of prosecution and sentencing as a second or subsequent conviction.

(b) Whoever, by means of a dangerous weapon, commits an assault upon another shall be punished by imprisonment in the state prison for not more than five years or by a fine of not more than one thousand dollars or imprisonment in jail for not more than two and one-half years.

History—
  1955, 112; 1981, 678, § 2.

## COUNT FOUR CAUSE OF ACTION

22.    Plaintiff was detained in custody at the Westfield Police Station while defendants (WESTFIELD POLICE OFFICERS) [u]sed their [p]ersonal and [o]fficial capacities to pre-form acts which contributed to the furtherance of the on-going conspiracy to violate Plaintiff's federal constitutional rights, by:

    (1)  PREPARING an "ARREST/CUSTODY REPORT" dated 11/27/92, stating FALSE STATEMENTS "treated for self-inflected knife wounds" "OFFENSES ASSAULT W/DANG. WEAPON IN VIOLATION 209A"; MGL,c.265,§15B SGT. BEEDE,Lt.MILLER" "$500.00 bail" [EXHIBIT NO.2. )

    (2) "POLICE OFFICER'S INCIDENT REPORT" 11/27/92 209-A ARREST (stating FALSE REPORTS: "VICTIM WIFE" "WEAPON-KNIFE/PIPE" "DOMESTIC VIOLENCE - YES" "REPORTING OFFICER,JOSE TORRES". [EXHIBIT NO.3.)

    (3)  "WESTFIELD DISTRICT COURT- APPLICATION FOR COMPLAINT' 11/27/92, "OFFENSE,ASSAULT WITH A DANGEROUS WEAPON IN VIOLATION OF 209A- MGL,c.265,§15A" "NAME OF VICTIM - ANN MULLER" "OTHER REMARKS:" (FALSE STATEMENTS):"WHEN THE POLICE FORCED OUR WAY IN MR. MULLER STABBED HIMSELF WITH THE KNIFE HE WAS HOLDING", AND OTHER FALSE STATEMENTS. [EXHIBIT NO.4. )

    (4) "SUMMONS AND COMPLAINT Docket No.9244 CR 1978" "OFFENSE CODE 620; COUNT OFFENSE(a) ASSAULT BY

22.

DANGEROUS WEAPON C265 §15B(C.209a)

"DID, BY MEANS OF A DANGEROUS WEAPON,KNIFE, ASSAULT ANN MULLER, IN VIOLATION OF GENERAL LAW, CHAPTER 265,§15B."

23. Plaintiff claims that the DISTRICT COURT CRIMINAL COMPLAINT AND ACCOMPANYING DOCUMENT <u>failed</u> to meet the LEGISLATIVE STANDARDS OF <u>AUTHENTICATION</u>, and were VOID ON THEIR FACES: See: MASS.GEN.LAW,Chapter 218,§4,§44.

[EXHIBT NO.5. and EXHIBIT NO.6].

24. The DISTRICT COURT had Plaintiff appear in court on TUESDAY, DECEMBER 1,1992 at 8:30 A.M.and while being held under arraignment he was told that he was being committed to SOUTHEASTERN CORRECTIONAL CENTER/ADDICTION CENTER PRO-GRAM UNIT for 30DAYS.

(1) STAFF-MEMBER (name un-readable) wrote in the SECC/ACPU records depicting Plaintiff as "IT", rather than a HUMAN BEING/PERSON!  [EXHIBIT J.]

(2) Plaintiff was DISCHARGED on 12/29/92 and TRANSPORTED TO HAMPDEN COUNTY JAIL at LUDLOW, MASS. where he was held in custody for approxi-mately 8 days, and released on BAIL.

<u>COUNT FIVE</u>
<u>CAUSE OF ACTION</u>

25. On MAY 21, 1993 Plaintiff appeared at the HOLYOKE DISTRICT COURT where HE WAS PROSECUTED on (FALSE) charges of "ASSAULT BY A DANGEROUS WEAPON Chap.265 §15B (Chap.209A)," whereupon he was FOUND NOT GUILTY, BY A JURY OF HIS PEERS.

PµP

23.

| SUMMONS AND COMPLAINT | DOCKET NUMBER 9244 CR 1978 | Trial Court of Massachusetts District Court Department |
|---|---|---|

COURT DIVISION
**Westfield**

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Donald P. Muller
33 Broad St. #11
Westfield, MA

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

**EXHIBIT NO. 5**

**TO THE DEFENDANT HEREIN:**

The within named and undersigned complainant or behalf of the Commonwealth, on oath complains that the date and at the location stated herein the defendant did commit the offense(s) listed below.

You are ordered to appear in this court on the return date and at the time noted herein to answer to a criminal complaint charging you with the offense(s) listed below. Please report to the probation officer upon your arrival at the court. The court address is noted at the bottom of this form.

DEF. DOB AND SEX
6/10/61 (M)

OFFENSE CODE(S)
620

DATE OF OFFENSE
11/27/92

PLACE OF OFFENSE
Broad St., WEstfield

COMPLAINANT
Kenneth Kent

POLICE DEPARTMENT (if applicable)
Westfield

DATE OF COMPLAINT
11/30/92

RETURN DATE AND TIME
Tues. Dec. 1, 1992 at 8:30 a.m.

DATE AND TIME YOU MUST APPEAR IN COURT

COUNT-OFFENSE

a. **ASSAULT BY DANGEROUS WEAPON C265 S15B (C.209a)**

did, by means of a dangerous weapon, knife, assault Ann Muller, in violation of G.L. c.265, s.15B.

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

24.

| COMPLAINANT *Kenneth Kent* | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK X | ON (DATE) 11/30/92 | ☐ ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|

FIRST JUSTICE
Philip A. Contant

TNESS:

COURT ADDRESS
25 Washington Street
Westfield, MA 01085

ESTA ES UNA NOTIFICACIÓN OFICIAL DE LA CORTE. SI USTED R INGLÉS, OBTENGA TRADUCCION.

YOUR TRIAL WILL BE HELD AT THIS COURT ADDRESS

— No. 31 of 35



## § 4.  Courts of Record and Superior Jurisdiction; Seal.

District courts shall be courts of record. They shall be courts of superior and general jurisdiction with reference to all cases and matters in which they have jurisdiction, and no order, decree, judgment, sentence, warrant, writ or process made, issued or pronounced by them need set out any adjudication or circumstances with greater particularity than would be required in other courts of superior and general jurisdiction, and the like presumption shall be made in favor of proceedings of such courts as would be made in favor of proceedings of other courts of superior and general jurisdiction. Each district court shall have a seal, which shall be in the custody of its clerk, and shall be affixed to all processes issued by such court requiring a seal. (1853, 179, § 3; 1855, 270, § 5; GS 116, § 26; PS 154, § 30; 1893, 396, § 58; 1894, 431; RL 160, § 6; 1909, 219, § 1; 1911, 473, § 1; 1916, 174, § 2.)

## § 44.  Process, Formal Requisites; To Run Throughout Commonwealth.

Processes issuing from district courts shall be under the seal of the court, signed by the clerk or an assistant clerk or temporary clerk or temporary assistant clerk, and shall bear teste of the justice, or, in the Boston municipal court department, the administrative justice, unless he is a party or unless his office is vacant, and in such cases they shall bear teste of the special justice who holds the senior commission or the senior associate justice. The process, civil or criminal, of a district court shall run throughout the commonwealth for service in any case or proceeding within its jurisdiction. (1822, 12; RS 85, § 17; 87, § 12; 1855, 270, § 5; 428, § 7; 1857, 264, § 8; GS 116, § 26; 120, § 4; PS 154, § 30; 155, § 15; 1888, 415; 1893, 396, §§ 15, 64; 1894, 431; RL 160, §§ 22, 46; 1912, 649, § 1; 1916, 174, § 1; 1978, 478, § 201.)

Editorial Note—

The 1978 amendment, as part of the program to consolidate the several courts of trial jurisdiction, substituted the term "administrative" justice for "chief" justice, referring to the Boston Municipal Court.

130

25.

SOUTHEASTERN CORRECTIONAL CENTER/ADDICTION CENTER PROGRAM UNIT
DISCHARGE SUMMARY

Name: _Donald Muller_____     Number: _MO/777_   D.O.B.: _6/6/61_   **EXHIBIT J**

Commitment Date: _12/1/92_

Committed From: _Westfield_____     Discharge Date: _12/22/92_

_____  District Court

I.  Adjustment/Program Summary

   A.  Program Evaluation: _It has completed one program_

   B.  Overall Adjustment: _It has adjusted well. He hasn't_
_had any problems_

II. Discharge Plan

   A.  Placement Arranged At: _It has not asked for placement_
      (Name of Facility)

   (Contact Person)        (Address)

   (Additional Comments)

   B.  Address Upon Release: _33 Broad St. Apt 11_
_Westfield,_

   C.  Transportation Arrangements: _advised officer_

III. After-Care Recommendations:
_I would recommend that Donald go to AA meetings and_
_seek admission to individual or group therapy. If he_
_follows these recommendations his prognosis is good._

Client: _Donald Muller_____

S/A Therapist: _Henry Monk_____     Date: _12-22-92_

A.F.R. Director: _____     Date: _12/22/92_

S/C Unit Manager: _____     Date: _____

PRO\DSCH\ UM     Date: _____
HS\sjc

26.    After the trial, Plaintiffs wife (then: ANN MULLER) did approach him, outside of the courtroom, and stated to him: "I was forced to testify against you." She was referring to the testimony she gave during trial, saying that I had waived the knife in front of her. She was crying, and said that she was sorry. <u>COUNT SIX CAUSE OF ACTION</u>

27.    Plaintiff claims that defendants TORRES, O'BRIEN, COACH, McCABE and SAMATARO had inflicted CRUEL AND UNUSUAL PUNISHMENT UPON HIM, with DELIBERATE INDIFFERENCE, causing Plaintiff to suffer SEVERE PAIN AND MENTAL ANQUISH, from being denied prompt and proper medical care and treatment to the injuries resulting from the POLICE INTENTIONALLY CAUSING THE STAB WOUND IN PLAINTIFF'S ABDOMEN; POLICE INTENTIONALLY ASSAULTING PLAINTIFF WITH CHEMICAL MACE, INFLICTING FIRST DEGREE BURNS TO PLAINTIFF'S FACE AND UPPER BODY; CAUSING PLAINTIFF TO SUFFER THE ONGOING AGONIES OF MENTAL SHOCK, NIGHTMARES AND FLASH-BACKS, PSYCHOLOGICAL INJURIES, PUBLIC HUMILIATION AND EMBARRASSMENT AND LOSS OF SLEEP.

28.    Defendants acted intentionally to maim and assault Plaintiff, putting him in grave fear of his life, Defendants shown and demonstrated a gross abuse of OFFICIAL POWERS, causing Plaintiff to suffer irretrievable psychological damages.

## COUNT SEVEN CAUSE OF ACTION

29.        PLAINTIFF claims, as was shown in the HOLYOKE DISTRICT COURT, as to the chain of events on NOVEMBER 27,1992, before JUDGE AND JURY, THE TRUE FACTS OF THE MATTER WERE THAT THE WESTFIELD POLICE DEFENDANTS, ON THE SCENE OF THIS DISTURBANCE CALL, <u>CAUSED PLAINTIFF TO BE INJURED.</u> [ <u>EXHIBIT NO.7.</u> ]

30.        ANN MULLER <u>never</u> stated at anytime, including her state-ment "OF MY OWN FREE WILL", at the police station, that Plain-tiff <u>HAD</u> assaulted her nor was the phone smashed.Other MIS-INFORMATION given to the defendants (Westfield Police Officers,) by Plaintiff's wife, stating "HE TOOK THE PHONE AWAY FROM ME AND SMASHED IT ON THE GROUND."

31.        Plaintiff claims that this phone had NOT BEEN SMASHED ON THE GROUND, at time of trial, the true fact was, that after ANN MULLER had called "911" PLaintiff <u>asked</u> for and <u>received</u> <u>the phone</u>, this to tell "911" that " THERE WAS <u>NO NEED TO</u> SEND ANYBODY, WE WERE JUST HAVING A MINOR ARGUMENT."  The dispatcher defendants WESTFIELD POLICE OFFICER, defendant SANATARO,stated "THAT MULLER HAD CALLED THE STATION AND LEFT THE <u>PHONE OFF THE</u> <u>HOOK, AND THEY WERE ABLE TO HEAR WHAT MULLER WAS SAYING IN THE</u> <u>APARTMENT</u>."  See, hereinabove,[EXHIBIT    K  and EXHIBIT A.]

32.        Plaintiff claims that the defendants WESTFIELD POLICE STATION, and defendant police officers, named hereinabove, <u>did</u> perform acts in the furtherance of the conspiracy, to commit acts of SUBORDINATION OF PERJURY by using Plaintiff's wife to testify prevarications, in an effort to procure a guilty-verdict against Plaintiff, in blatant violation of his Federal Consti-tutional rights. Defendants scam FAILED; the jury acquitted him.

| COURT DIVISION | | | ☐ Waived | J.F. Waiver |
|---|---|---|---|---|
| **Westfield** | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | ☐ Retained | |
| | | | ☒ Assigned *Gentrent* | **EXHIBIT NO. 7** |

TERMS OF RELEASE
$500.00

| | | DATE | PROCEEDING |
|---|---|---|---|
| Donald P. Muller | | DEC 1 1992 | ☒ Arraigned before J. *Turcotte* |
| 33 Broad St. #11 | | | ☐ Advised of right to counsel |
| Westfield, MA | | | ☐ Advised of right to drug exam |
| 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 | | | ☐ Advised of right to bail review |

| DEF. DOB AND SEX | | | ☐ Advised of right to F.I. Jury Trial | J-27-9 |
|---|---|---|---|---|
| 6/10/61 (M) | OFFENSE CODE(S) 620 | | ☐ Waives    ☐ Requests F.I. Jury Trial | |
| DATE OF OFFENSE | PLACE OF OFFENSE | | ☐ Advised of alien rights | |
| 11/27/92 | Broad St., WEstfield | | ☐ Warrant issued    ☐ Default warrant issued | |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) | | ☐ Default removed    ☐ Warrant retained | |
| Kenneth Kent | Westfield | | ☐ Warrant issued    ☐ Default warrant issued | |
| DATE OF COMPLAINT | RETURN DATE AND TIME | | ☐ Default removed    ☐ Warrant retained | |
| 11/30/92 | Tues. Dec. 1, 1992 at 8:30 a.m. | | | |

| COUNT-OFFENSE | | | | | |
|---|---|---|---|---|---|
| a. ASSAULT BY DANGEROUS WEAPON C265 S15B (C.209a) | | | FINE | SURFINE | COSTS | TOTAL DUE |
| DATE DEC 1 1992 | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | ☐ New Plea:  ☐ Admits suff. facts | | | | | |
| | FINDING *after jury trial* | JUDGE | | | | |
| J-21-93 | NG Not guilty | McDonough | | | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION | | DATE | |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | | ☐ Discharged from probation | | | |
| | | | ☐ Dismissed at request of probation | | | |

| COUNT-OFFENSE | | | | | |
|---|---|---|---|---|---|
| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | | FINE | SURFINE | COSTS | TOTAL DUE |
| | ☐ New Plea:  ☐ Admits suff. facts | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING | JUDGE | | | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION | | DATE | |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | | ☐ Discharged from probation | | | |
| | | | ☐ Dismissed at request of probation | | | |

| COUNT-OFFENSE | | | | | |
|---|---|---|---|---|---|
| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | | FINE | SURFINE | COSTS | TOTAL DUE |
| | ☐ New Plea:  ☐ Admits suff. facts | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING | JUDGE | | A true copy, Attest: *Clerk of Courts* | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION | | DATE | |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | | ☐ Discharged from probation | | | |
| | | | ☐ Dismissed at request of probation | | | |

| COUNT-OFFENSE | | | | | |
|---|---|---|---|---|---|
| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | | FINE | SURFINE | COSTS | TOTAL DUE |
| | ☐ New Plea:  ☐ Admits suff. facts | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING | JUDGE | | | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION | | DATE | |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | | ☐ Discharged from probation | | | |
| | | | ☐ Dismissed at request of probation | | | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|
| 12-25-92 | Cont 121. | | 5-21-93 jury trial | | | | |
| 1-6-93 | Crt.t. | | | | | | |
| 7-21-93 | 9:00 a.m. | | | | | | |
| 1-26-93 | clerf 9:00 | | | | | | |

29.

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

No. 34 of 35   —

EXHIBIT K

WESTFIELD POLICE DEPARTMENT
15 WASHINGTON STREET
WESTFIELD, MA.01085

I ANN MULLER I'AM AT THE WESTFIELD POLICE DEPARTMENT GIVING
OFFICER TORRES A STATEMENT OF MY OWN FREE WILL. ON 11/27/92 I
CAME HOME FROM A MEETING AND FOUND DON HOME PLAYING HIS
ELECTRIC GUITAR AND DRINKING BEER. HE LEFT ABOUT 4 P.M. TO
HELP IS BROTHER MOVE. I TOLD HIM IF HE WAS GOING TO DRINK NOT
TO COME HOME BECAUSE WHEN HE DRINKS HE GETS PARANOID AND
BECOMES AGGRESIVE AND I GET SCARED BECAUSE HE THREATENS TO
KILL HIMSELF TONIGHT WHEN I TOLD HIM NOT TO DRINK AROUND ME.
HE SAID HE HAD THE RIGHT TO DRINK AND STARTED GETTING
OBNOXIOUS I WENT TO PUT THE T.V. ON AND HE UNPLUGGED IT. I
DECIDED TO CALLED THE POLICE BECAUSE HE WAS GETTING ME UPSET
AND WHEN I DID HE TOOK THE PHONE AWAY FROM ME AND SMASHED IT
ON THE GROUND. WHEN THE POLICE CAME HE WOULDN'T OPEN THE
DOOR. HE HAD A PIPE IN ONE HAND AND A KNIFE IN THE OTHER. THE
POLICE ASKED ME TO OPEN THE DOOR AND I TELL I COULD'NT
BECAUSE HE HAD A PIPE AND A KNIFE. I DIDN'T KNOW WHAT HE WAS
GOING TO DO WITH THE KNIFE AND I WAS AFRAID TO GO TO THE
DOOR. THE POLICE TOLD HIM IF HE DIDN'T OPEN THE DOOR THEY
WOULD BREAK IT DOWN. DONALD TOLD THE POLICE THAT IF THEY CAME
IN HE WAS GOING TO HURT HIMSELF AND HELD THE KNIFE BY THE
HANDLE WITH THE BLADE TOWARDS HIM. ONCE THE POLICE BROKE THE
DOOR DOWN, I SAW THE KNIFE GO TOWARD HIS STOMACH AND THEN HE
RAN TOWARDS THE KITCHEN AND DROPPED IT ON THE FLOOR AND THE
POLICE HELD HIM DOWN. I PICKED UP THE PHONE AND THE POLICE
WAS STILL THERE. I ASKED FOR AN AMBULANCE AND THEY TOLD ME
WAS ON IT'S WAY. THEN I HANDED THE PHONE TO THE POLICE
OFFICER.

*Ann Muller*    11/27/92

30.

Defendants, [all named] hereinabove did knowingly and intentionally committed violations of Plaintiff's ESTABLISHED federal constitutional rights, privileges and immunities, and Federal and State STATUTORY LAW(S) and FEDERAL SUPREME COURT; COURTS OF APPEALS and prior U.S. DISTRICT COURT decisions relevant to each claim and CAUSES OF ACTIONS, complained of within this CIVIL RIGHTS COMPLAINT, proving the prima facie violation of Plaintiff's federal Constitutional rights.

## PLAINTIFF'S PRAYER AND DEMANDS FOR RELIEF

Wherefore, the Plaintiff, DONALD R. MULLER, pro se do hereby respectfully request and demands, that this Honorable Court, grant him, the following relief:

1. Issue declaratory and injunctive relief on all claims and issues Plaintiff has presented here in above in this federal civil complaint.

2. That this Court AWARD, in monetary amounts, of THREE MILLION DOLLARS ($3,000,000.00) in compensatory damages to be paid by the defendants, to the Plaintiff.

3. That this Court AWARD in monetary amounts of ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00) in punitive damages to be paid by the defendants, to the plaintiff.

31.

4. That this Court Grant the Plaintiff a jury trial on all claims and issue triable, which are guaranteed by Plaintiff's SEVENTH AMENDMENT U.S. CONSTITUTIONAL rights.

5. That this Court Grant the Plaintiff the rights and opportunity to AMEND this Civil Complaint with additional claims and causes of actions whenever such issues are revealed to him by the defendants, and/or others.

Date: 9-7-04

I, DONALD P. MULLER, do hereby state under the pains and penalty of perjury, that all facts stated hereinabove are true to the best of my knowledge and belief.

_Donald P. Muller_

DONALD P. MULLER  pro se
769 WORTHINGTON STREET
SPRINGFIELD MASS. 01105
(413) 732 - 3069 - shutter

32.

EXHIBIT B

| Number ____ of 35 | Identifying Term | Complaint Page No. | Plaintiff Identifier |
|---|---|---|---|
| 1. | Answer | 1 | 8 |
| 2. | 2nd page of 1 | 2 | None |
| 3. | Jan. 22, 1997 letter | 3 | None |
| 4. | G.L. c. 260, sec. 12 | 4. | 8 |
| 5. | Complaint Torres | None | None |
| 6. | Complaint OBrien | None | None |
| 7. | Complaint McCabe | None | None |
| 8. | Complaint Coach | None | None |
| 9. | Complaint Samataro | None | None |
| 10. | Jurisdiction | 1 (a) | None |
| 11. | Title 42 sec. 1983 | 2 | None |
| 12. | Title 42 sec. 1985 | 3 | None |
| 13. | Title 28 sec. 1343 | 4 | None |
| 14. | Title 28 sec. 2201 | 5 | None |
| 15. | 11/27/92 narrative | 3 | A |
| 16. | 2nd page of 15 | 4 | A |
| 17. | Diagram | 7 | U |
| 18. | Diagram | 8 | V |
| 19. | Diagram | 9 | W |
| 20. | Diagram | 10 | X |

| Number ___ of 35 | Identifying Term | Complaint Page No. | Plaintiff Identifier |
|---|---|---|---|
| 21. | Diagram | 11 | Y |
| 22. | Diagram | 12 | Z |
| 23. | Clinical Record | 14 | H |
| 24. | 2nd page of 23 | 15 | H |
| 25. | Emergency Room | 16 | I |
| 26. | Arrest Report | 17 | 2 |
| 27. | Incident Report | 18 | 3 |
| 28. | Application | 19 | 4 |
| 29 | G.L. c. 265 sec. 15A | 20 | 4A |
| 30. | G.L. c. 265 sec 15B | 21 | 4B |
| 31. | Summons | 24 | 5 |
| 32. | G.L. c. 218 sec 4 | 25 | 6 |
| 33. | Discharge summary | 26 | J |
| 34. | Case file history | 29 | 7 |
| 35. | Narrative | 30 | K |