UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

CASE NAME  MULLER V.
COVER LETTER    WESTFIELD POLICE DEPARTMENT

TO: CLERK OF COURTS              CASE NO. 3:04-CV-30185

Please find enclosed for filing,
1. Plaintiffs Addendum and Memorandum
2. Certificate of Service

DECEMBER 13, 2004            Respectfully submitted,
                             Donald P. Muller
                             _____
                             DONALD MULLER, pro se
                             769 WORTHINGTON STREET
                             SPRINGFIELD MASS. 01105
                             413-732-3069

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

ADDENDUM AND MEMORANDUM

### COUNT ONE CAUSE OF ACTION

On November 27, 1992 Westfield Police Officers Jose Torres, O'Brien, McCabe and Coach did break down the door to Plaintiffs apartment knowing that Plaintiff had a knife with the butt end up against the door and the sharp end against his chest in violation of Plaintiffs 4th, 8th, and 14th Amendent U.S. Constitutional rights and Massachusetts Constitutional Rights, Part the First Art. 1 and 14, and Mass. General Law C. 265 § 15

### COUNT TWO CAUSE OF ACTION

On November 27, 1992 Westfield Police Officers Jose Torres, O'Brien, McCabe and Coach did break down the door to Plaintiffs apartment without a warrant in violation of Plaintiffs 4th, 8th and 14th Amendment Constitutional Rights Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14

### COUNT THREE CAUSE OF ACTION

On November 27, 1992 Westfield Police Officers Jose Torres, O'Brien, McCabe and Coach did break down the door to Plaintiffs apartment causing a knife wound to Plaintiffs abdomen 4 cm. in violation of Plaintiffs

# ADDENDUM AND MEMORANDUM

4th, 8th and 14th Amendment Constitutional Rights Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14, and Mass. General Law C.265 §15.

### COUNT FOUR CAUSE OF ACTION

On November 27, 1992 Westfield Police Officers Jose Torres, O'Brien, McCabe, and Coach did break down the door to Plaintiffs apartment and then used chemical mace upon Plaintiffs face and upper body excessively causing First Degree facial burn from mace in violation of Plaintiffs 4th, 8th and 14th Amendment U.S. Constitutional Rights Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14.

### COUNT FIVE CAUSE OF ACTION

On November 27, 1992 Westfield Police Officers Jose Torres, O'Brien, McCabe and Coach did break down the door to Plaintiffs apartment and then used a second can of chemical mace upon Plaintiffs face and upper body as Plaintiff was on his back on the floor screaming from the pains of the stab wound and the first can of chemical mace causing First Degree facial burn from excessive use of chemical mace in violation of Plaintiffs 4th, 8th and 14th Amendment U.S. Constitutional Rights Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14.

# ADDENDUM AND MEMORANDUM

## COUNT SIX CAUSE OF ACTION

While Plaintiff was on the floor on his back he witnessed a Westfield Police Officer place the knife on the floor on the left side of Plaintiff this after finding the knife in the corner behind the door where Plaintiff dropped it immediately after being stabbed from officers breaking down the door and then pictures were taken, this in an attempt to collaborate false statements that were made in Police Officer Jose Torres Police report stating "at this time he still had a knife in his hand." -

## COUNT SEVEN CAUSE OF ACTION

Further Westfield Police Officer Jose Torres and other Police Officers produced False Arrest-Custody Report charging Plaintiff with false charge of Assault w/Dang. Weapon in violation of 209A, M.G.L. C.265 § 15 B

## COUNT EIGHT CAUSE OF ACTION

Further Westfield Police Officer Jose Torres and other Police Officers produced False Application For Complaint with false charge of Assault with a Dangerous Weapon in violation of 209A citing inapplicable M.G.L. C.265 § 15A with false statements including "When police forced our way in Mr Muller stabbed himself with the knife he was holding." Thus above COUNTS 6, 7, and 8 in violation of Plaintiffs 4th, 8th and 14th Amendment U.S. Constitutional Rights, Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14, and Mass. General Laws C.266 § 67B and C.268 § 6A

# ADDENDUM AND MEMORANDUM

## COUNT NINE CAUSE OF ACTION

Further through the False statements by Westfield Police officer Jose Torres and other officers a False charge of Assault By Dangerous Weapon C.265 § 15 B (c-209 A) with False statement "did, by means of a dangerous weapon, knife, assault Ann Muller, in violation of G.L. C.265, § 15 B. did appear on the Summons and Complaint, thus Plaintiff was Falsely charged, Falsely arrested and Falsely imprisoned in violation of Plaintiffs 4th, 8th and 14th Amendment U.S. Constitutional Rights, Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14

## COUNT TEN CAUSE OF ACTION

Further on November 27, 1992 while Plaintiff was in the Noble Hospital Emergency Room Westfield Police officer Jose Torres and other Police Officers inveigled Noble Hospital staff to state False statements by stating to Nurse Jasrulski "Reported that Pt. threatened to kill his wife and also had a ~~gun~~ knife (error) in his mouth to kill himself." In violation of Plaintiffs 4th, 8th, and 14th Amendment U.S. Constitutional Rights, Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14.

## ADDENDUM AND MEMORANDUM

### COUNT ELEVEN CAUSE OF ACTION

On November 27, 1992 Plaintiff was dragged out into the hallway and witnessed a balding headed Police officer apply excessive force by forcing his hand over Plaintiffs mouth and nose forcing Plaintiffs head hard to the floor smothering Plaintiff trying to stop Plaintiff from screaming in agony from the stab wound and being maced.

### COUNT TWELVE CAUSE OF ACTION

On November 27, 1992 Westfield Police officer dispatcher Samataro in calling for more back up to help resolve this matter sent two other Police officers arrived at the scene with a battering ram knowing that Plaintiff would be stabbed if they broke down the door in a conspiracy to violate MGL c.265 §15 Thus above counts 11 and 12 in violation of Plaintiffs 4th, 8th and 14th Amendment U.S. Constitutional Rights, Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14.

### COUNT THIRTEEN CAUSE OF ACTION

On May 21, 1993 Plaintiff had a Jury Trial in Holyoke court where Westfield Police officer Jose Torres and another Police officer who's name is unknown at this time appeared in Holyoke Court to try and prosecute and convict Plaintiff on false charges of Assault against former wife Ann Muller. Westfield Police officers were under oath in a court of law in the state of Massachusetts and did in fact testify false statements in an effort to procure a guilty finding. In violation of Plaintiffs 4th, 8th and 14th Amendment U.S. Constitutional Rights, Article 7 and Mass. Constitutional Rights, Part the First Art. 1 and 14 and Mass General Law c.268 §1.

## CERTIFICATE OF SERVICE

I Donald P. Muller, do hereby certify that a true copy of the foregoing document was served upon the defendants attorney by U.S. Mail, postage prepaid, addressed to Peter H. Martin, BBO NO. 552020, Assistant City Solicitor, 59 Court Street, Westfield Mass. 01085 on this 13th day of December 2004.

*Donald P. Muller* pro se
DONALD P. MULLER

I, DONALD P. MULLER, do hereby state under the pains and penalty of perjury, that all facts stated herein above are true to the best of my knowledge and belief.

*Donald P. Muller*
DONALD P. MULLER pro se
769 WORTHINGTON STREET
SPRINGFIELD MASS. 01105
413-732-3069