I Donald Muller did mail on December 31, 2004 my ammended complaint to the United States District Court 1550 Main Street, Springfield Mass. 01103. And to Peter H. Martin BBO No. 552020, Assistant City Solicitor, 59 Court Street, Westfield Mass. 01085.

I called the United States District Court on this day February 10, 2005 to ask about this civil action and the Clerk informed me that my ammended complaint was not received. I then called Mr Peter Martin and asked him if he had received my ammended complaint and he informed me that he had received it.

Signed under the pains and penalty of perjury on this day February 10, 2005.

Donald P. Muller