UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD

DONALD P. MULLER ]
    PLAINTIFF ]
  V. ]
WESTFIELD POLICE DEPARTMENT ]  DOCKET NO. 3:04-CV-30185 KPN
  JOSE TORRES ]
  EDWARD OBRIEN ]
  MICHAEL COACH ]
  MICHAEL McCABE ]
  PAUL SAMATARO ]
    DEFENDANTS

## MOTION FOR RECONSIDERATION FOR THE APPOINTMENT OF COUNSEL.

Now comes Donald MULLER Plaintiff in the above mentioned action and prays that this Honorable Court Judge Kenneth P. Neiman appoint legal counsel for representation on the above docketed civil action.

Plaintiff is a mentally impaired person with diagnosis of past history of psychiatric illness, depressive illness, panic attacks, and social personality disorder who is currently under psychiatric care and medication for treatment of an ongoing post traumatic stress syndrome, depression and anxiety from the police brutality and attempted murder upon Plaintiff by the above mentioned officers and further assaults and battery, torments and harassment by Massachusetts Correctional officers.

Plaintiff states that he is indigent and therefore prays for the appointment of counsel under the equal protection clause of the sixth and fourteenth amendments to the United States Constitution. Respectfully submitted,

Donald P. Muller pro se