UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD MULLER
    PLAINTIFF
V.

WESTFIELD POLICE DEPARTMENT

OFFICERS JOSE TORRES

EDWARD OBRIEN, MICHAEL

COACH, MICHAEL MCCABE,

PAUL SAMATARO
    DEFENDANTS

CIVIL ACTION NO.
3:04-CV-30185-KPN

## MOTION FOR LEAVE TO FILE LATE

I Donald Muller did mail on December 31, 2004 my ammended complaint to Magistrate Judge Kenneth P. Neiman, United States District Court, 1550 Main Street, Springfield Mass. 01103, Office of the Clerk and to Peter H. Martin, BBO No. 552020, Assistant City Solicitor 59 Court Street, Westfield Mass. 01085 first class postage pre paid.

I called the U.S.D.C. on February 10, 2005 to ask about this ammended complaint and the Clerk informed me that it was not received. I then called Peter H. Martin this same day and he informed me he had received my ammended complaint. I then brought down to the U.S.D.C. my ammended complaint along with the attached letter.

Signed under the penalties of perjury. Donald Muller
    pro se

I Donald Muller did mail on December 31, 2004 my ammended complaint to the United States District Court 1550 Main Street, Springfield Mass. 01103. And to Peter H. Martin BBO No. 552020, Assistant City Solicitor, 59 Court Street, Westfield Mass. 01085.

I called the United States District Court on this day February 10, 2005 to ask about this civil action and the Clerk informed me that my ammended complaint was not received. I then called Mr Peter Martin and asked him if he had received my ammended complaint and he informed me that he had received it.

Signed under the pains and penalty of perjury on this day February 10, 2005.

Donald P. Muller pro se